NUMBER 13-00-267-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


AMASA BLACK HART, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________________


On appeal from the 156th District Court of Live Oak

County, Texas.

____________________________________________________________________


O P I N I O N



Before Justices Hinojosa, Yañez, and Castillo


Opinion by Justice Yañez


 Appellant's community supervision was revoked following a
hearing at which appellant pleaded true to all of the allegations
contained in the State's motion to revoke community supervision.


 Appellant's court-appointed attorney has filed a brief in which he
has concluded that this appeal is wholly frivolous and without merit. 
Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967). The brief
meets the requirements of Anders as it presents a professional
evaluation of why there are no arguable grounds for advancing an
appeal. See Stafford v. State, 813 S.W.2d 503, 509-10 (Tex. Crim. App.
1991); Lindsey v. State, 902 S.W.2d 9, 11 (Tex. App.--Corpus Christi
1995, no pet.). Counsel states in his brief that he has served a copy of
his brief on appellant and he has advised him by letter of his opinion
that the appeal is without merit but that appellant has the right to
review the record and file a pro se brief. To date, no pro se brief has
been filed. 

 When an appellate court receives a "frivolous appeal" brief, it must
then "conduct 'a full examination of all the proceedings to decide
whether the case is wholly frivolous.'" Penson v. Ohio, 488 U.S. 75, 80,
109 S. Ct. 346 (1988) (quoting Anders, 386 U.S. at 744). This we have
done and we conclude that the appeal is wholly frivolous. We AFFIRM
the judgment of the trial court. 

 


 

 LINDA REYNA YAÑEZ

 Justice


Do not publish. Tex. R. App. P. 47.3.


Opinion delivered and filed this the

5th day of April, 2001.